UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANGHAI BREEZE TECHNOLOGY CO., LTD | CIVIL ACTION NO. 22-2038 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GRAVOIS ALUMINUM BOATS LLC D/B/A METAL SHARK ALUMINUM BOATS | MAGISTRATE JUDGE AYO |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Defendant's Motion for Summary Judgment (Record Document 30) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of May, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE